| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Sullivan, Emmet G | 2. Court or Organization<br><br>U.S. District Court for D.C. | 3. Date of Report<br><br>8/13/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Active | 5. ReportType (check appropriate type)<br><br>◯ Nomination,     Date<br><br>◯ Initial    ⦿ Annual    ◯ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>U.S. District Court for D.C.<br><br>333 Constitution Avenue, N.W.<br><br>Washington, D.C. 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Director | Frederick B. Abramson Memorial Foundation |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | None |
| 2. | |

FINANCIAL DISCLOSURE OFFICE   2005 AUG 15 P 4: 17   RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | Pension (D.C. Government) | 51,000.00 |
| 2. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | None |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. None | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE   - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | None | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE   - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | First American Bank (Wachovia) | Mortgage on investment property in D.C. | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G | 8/13/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Merrill Lynch Keogh: | | None | | | | | | | |
| 2. General Electric | A | Dividend | K | T | Sell | 4/30 | K | A | |
| 3. Krispy Kreme Donuts | | None | K | T | Sell | 4/30 | K | A | |
| 4. Harley Davidson | | None | K | T | Sell | 4/30 | K | A | |
| 5. Pfizer | A | Dividend | K | T | Sell | 4/30 | K | A | |
| 6. Xilinx | | None | K | T | Sell | 4/30 | K | A | |
| 7. Handspring aka Palmone | | None | J | T | Sell | 4/30 | J | A | |
| 8. Merrill Lynch Money Market Account: | | None | K | T | Sell | 4/30 | J | A | |
| 9. Schwab IRA: | | None | | | | | | | |
| 10. General Electric | A | Dividend | K | T | Sell | 4/30 | J | A | |
| 11. Schwab IRA: | | None | | | | | | | |
| 12. AOL | | None | J | T | Sell | 4/30 | J | A | |
| 13. T. Rowe Price | | None | J | T | | | | | |
| 14. Radio One | | None | J | T | Sell | 4/30 | J | A | |
| 15. Rental Property Income (Washington, D.C.) | E | Rent | M | S | | | | | |
| 16. Fidelity Mortgage Fund | A | Dividend | J | T | Sell | 4/30 | J | A | |
| 17. Janney Montgomery IRA | | | | | | | | | |
| 18. Calamos Gro Fund | A | Dividend | K | T | Buy | 4/30 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G | 8/13/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. First Eagle Fund | A | Dividend | K | T | Buy | 4/30 | K | | |
| 20. Growth Fund Amer. | A | Dividend | J | T | Buy | 4/30 | K | | |
| 21. Harbor Int. Fund | A | Dividend | K | T | Buy | 4/30 | K | | |
| 22. Pimco FDS | A | Dividend | K | T | Buy | 4/30 | K | | |
| 23. Ser Pea Ren. FD | A | Dividend | K | T | Buy | 4/30 | K | | |
| 24. T. Rowe Price | A | Dividend | J | T | Buy | 4/30 | K | | |
| 25. Royce Fed. Ret. | A | Dividend | K | T | Buy | 4/30 | J | | |
| 26. Sentinel Group FD | A | Dividend | J | T | Buy | 4/30 | J | | |
| 27. Thornburg FD | A | Dividend | K | T | Buy | 4/30 | K | | |
| 28. Alliance Burstein | A | Dividend | J | T | Buy | 4/30 | J | | |
| 29. Janney Montgomery. IRA | | | | | | | | | |
| 30. Calamos FD | A | Dividend | J | T | Buy | 4/30 | J | | |
| 31. First Eagle | A | Dividend | J | T | Buy | 4/30 | J | | |
| 32. Pimco FDS | A | Dividend | J | T | Buy | 4/30 | J | | |
| 33. Pimco FDS PAC | A | Dividend | J | T | Buy | 4/30 | J | | |
| 34. T. Rowe Price | A | Dividend | K | T | | | | | |
| 35. Thornburg FD | A | Dividend | J | T | Buy | 4/30 | J | | |
| 36. Alliance FDS | A | Dividend | J | T | Buy | 4/30 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Sullivan, Emmet G | 8/13/2005 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)


All Merrill Lynch and Schwab accounts were rolled over to new Janney Montgomery accounts on April 30, 2004.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signa                                                    Date___8/12/05___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544